# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ETHAN W. STEWART, as Special Administrator of the Unsupervised ESTATE OF JEFFREY W. STEWART, <br><br> Plaintiff, <br><br> v. <br><br> WIESE USA, INC., PERFORMAX GLOBAL, LLC; C.H.I. OVERHEAD DOORS, LLC; and GFA ELEKTROMATEN GMBH & CO. KG, <br><br> Defendants. | ) ) ) ) ) ) ) ) Cause No. ) ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

NOW COMES Defendant, C.H.I. OVERHEAD DOORS, LLC, by and through its attorney JEFFREY E. KEHL of DOWNEY & LENKOV LLC, and hereby files this Notice of Removal of the above-captioned action to the United States District Court for the Southern District of Indiana from the Vigo County Indiana Superior Court where the action is currently pending, as provided by 28 U.S.C. § 1441 and § 1446.

1. In accordance with 28 U.S.C. § 1441 and § 1446, Defendants submit that the United States District Court for the Southern District of Indiana has jurisdiction over this case under 28 U.S.C. § 1332 (a) and submit the following matters as proof thereof.

2. This is a lawsuit brought by a citizen of the State of Indiana against citizens of other States for a claim in which the amount of controversy exceeds

$75,000.00. Pursuant to 28 U.S.C. § 1332, the United States District Court for the Southern District of Indiana has diversity jurisdiction over this case.

3. On June 30, 2023, the Plaintiff caused his Complaint to be filed against WIESE USA, INC., PERFORMAX GROUP, LLC, C.H.I. OVERHEAD DOORS, LLC, and GFA ELEKTROMATEN GMBH & CO. KG in the Vigo County Superior Court under docket number 84D02-2306-CT-003984. A copy of the operative Complaint is attached as **Exhibit A**.

4. On July 3, 2023, C.H.I. OVERHEAD DOORS, LLC was served with a Summons and Plaintiff's Complaint. On July 3, 2023, WIESE USA, INC. was served with a Summons and Plaintiff's Complaint. On July 11, 2023, a Summons and Complaint was delivered by UPS to a PERFORMAX GROUP, LLC facility. On information and belief, GFA ELEKTROMATEN GMBH & CO. KG has not been served with a Summons and Complaint.

5. The Plaintiff is a resident of Indianapolis, Indiana, and therefore is a citizen of the State of Indiana.

6. Defendant WIESE USA, INC. is a Missouri corporation maintaining its principal place of business in St. Louis, Missouri and is a citizen of the State of Missouri.

7. PERFORMAX GROUP, LLC, is a Pennsylvania Limited Liability Corporation whose sole member is C.H.I. OVERHEAD DOORS, LLC, an Illinois Limited Liability Corporation whose sole member is ARTHUR PARENT, LLC, an

Illinois Limited Liability Corporation whose sole member is ARTHUR HOLDINGS CORP., a Delaware corporation with a principal place of business in Arthur, Illinois.

8. C.H.I. OVERHEAD DOORS, LLC, is an Illinois Limited Liability Corporation whose sole member is ARTHUR PARENT, LLC, an Illinois Limited Liability Corporation whose sole member is ARTHUR HOLDINGS CORP., a Delaware corporation with a principal place of business in Arthur, Illinois.

9. This lawsuit is a wrongful death claim predicated on the death of Jeffrey Stewart, an employed man who died leaving a spouse. The amount in controversy, exclusive of interest and costs, exceeds the jurisdictional threshold of 28 U.S.C. §1332 of $75,000.00.

10. Copies of all process, pleadings, and orders of record that had been served on the removing parties in the above-entitle action are attached hereto as **Exhibit B.**

11. The only other Defendants to have been served with the Summons and Complaint are WIESE USA, INC. and possibly PERFORMAX GROUP, LLC. Attached as **Exhibit C** is the Consent to Removal on behalf of WIESE USA, INC. Attached as **Exhibit D** is the Consent to Removal on behalf of PERFORMAX GROUP, LLC. Because on other defendants have been served, no other consents are required.

12. This Petition has been brought within 30 days of C.H.I. OVERHEAD DOORS, LLC, being served with Plaintiff's Complaint.

WHEREFORE, Defendant, C.H.I. OVERHEAD DOORS, LLC, removes the above-entitled cause of action from the Vigo County Indiana Superior Court to this court.

                              By:     /s/ Jeffrey E. Kehl
                                         Attorney for Defendant,
                                         C.H.I. OVERHEAD DOORS, LLC

Jeffrey E. Kehl, #11226-71
Downey & Lenkov LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 377-1501
jkehl@dl-firm.com

## CERTIFICATE OF SERVICE

I certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Attorneys for Plaintiff**
Stephen M. Wagner
Timothy L. Karns
Wagner Reese, LLP
11939 North Meridian Street, Suite 100
Carmel, IN 46032
swagner@wagnerreese.com
tkarns@wagnerreese.com

**Attorneys for Defendant Performax Global, LLC**
William W. Drummy
Wilkinson, Goeller, Modesitt, Wilkinson & Drummy, LLP
333 Ohio Street
Terre Haute, IN 47807
wwdrummy@wilkinsonlaw.com

**Attorneys for Defendant Wiese USA Inc.**
Donald G. Orzeske
Jennifer L. Blackwell
50 East 91st Street, Suite 104
Indianapolis, IN 46240
dorzeske@indylitigation.com

/s/ Jeffrey E. Kehl